No. 96–9068 (A–823).   MARTINEZ-VILLAREAL *v.* ARIZONA. Sup. Ct. Ariz.   Motion for leave to proceed *in forma pauperis*

1238

without an affidavit of indigency executed by petitioner granted. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.